Dismissed and Memorandum Opinion filed January 26, 2006









Dismissed and Memorandum Opinion filed January 26,
2006.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-01224-CR

____________

 

MANUEL ARCIDES SORTO,
Appellant

 

V.

 

THE STATE OF TEXAS, Appellee

 



 

On Appeal from the 179th District Court

 Harris County, Texas

Trial Court Cause No. 990,498

 



 

M E M O R A N D U M   O P I N I O N

Appellant entered a guilty plea to murder.  In accordance with the terms of a plea
bargain agreement with the State, the trial court sentenced appellant on
November 11, 2005, to confinement for thirty-five years in the Institutional
Division of the Texas Department of Criminal Justice.  Appellant filed a pro se notice of appeal.  We dismiss the appeal.  








The record reflects appellant entered a plea of guilty in
exchange for APSI Hearing/ cap at 35 yrs TDCJ-ID.@ 
An agreement to a punishment cap constitutes a plea bargain.  See Waters v. State, 124 S.W.3d
825, 826 (Tex.App.‑Houston [14th Dist.] 2003, pet. ref=d); see also Shankle v. State,
119 S.W.3d 808, 813 (Tex.Crim.App.2003). 
Appellant was sentenced in accordance with the plea bargain.  The court did not grant appellant permission
to appeal and the record does not reflect any matters raised by written motion
were filed and ruled on before trial.  See
Waters, 124 S.W.3d at 827. 
Consequently, appellant does not have the right of appeal. 

Accordingly, we dismiss the appeal.  

 

PER CURIAM

 

Judgment rendered and Memorandum
Opinion filed January 26, 2006.

Panel consists of Justices Fowler,
Edelman, and Guzman.

Do Not Publish.